# MusickPeeler

ATTORNEYS AT LAW
ONE WILSHIRE BUILDING
624 SOUTH GRAND AVENUE, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Dan Woods (State Bar No. 78638)
*d.woods@musickpeeler.com*
Adam M. Weg (State Bar No. 269320)
*a.weg@musickpeeler.com*

Attorneys for J.G. BOSWELL COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRADELINE ENTERPRISES PVT. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JESS SMITH & SONS COTTON, LLC; and J.G. BOSWELL COMPANY, <br><br> Defendant. | CASE No. 2:15-CV-8048-JAK (RAOx) <br><br> **NOTICE OF FINAL ARBITRATION AWARD** |

1    Defendants Jess Smith & Sons Cotton, LLC ("Jess Smith") and J.G. Boswell
2  Company ("Boswell") respectfully submit this Notice pursuant to the Court's Order
3  dated April 25, 2018 (Dkt. 75).
4    Tradeline filed its Demand for Arbitration with the American Arbitration
5  Association ("AAA") on September 9, 2016.  On October 21, 2016, Jess Smith,
6  Boswell, and the Supima Association ("Supima"), a non-party in this action,
7  answered.
8    Pursuant to the March 15, 2017, Procedural Order No. 1 in the arbitration,
9  Tradeline filed its Statement of Claim on May 15, 2017.  Jess Smith, Boswell, and
10 non-party Supima filed their Statements of Defense on August 1, 2017.  Tradeline
11 filed its Statement of Reply on November 10, 2017.  Jess Smith, Boswell, and
12 Supima filed their Statements of Rejoinder on December 22, 2017.  The parties and
13 Supima filed their respective Skeleton Arguments on February 20, 2018.
14    The Witness Hearing commenced February 26, 2018 and concluded March 3,
15 2018.  The parties and Supima filed their respective fees and costs submissions on
16 March 19, 2018 and filed their responses to costs and fees submissions on April 2,
17 2018.
18    On May 11, 2018, the Chairman of the Tribunal, J. William Rowley QC,
19 served all parties with the unanimous final arbitration award of the three-arbitrator
20 Tribunal.  The final award is as follows:  (1) Each of Tradeline's claims against
21 Boswell, Jess Smith, and Supima is dismissed; (2) Tradeline shall pay $2,129,000 to
22 Boswell as reimbursement for Boswell's costs of the arbitration, with compound
23 interest accruing on that sum at the rate of 6% per annum, compounded every six
24 months, from the date of the award until paid in full; (3) Tradeline shall pay
25 $3,525,000 to Jess Smith as reimbursement for Jess Smith's costs of the arbitration,
26 with compound interest accruing on that sum at the rate of 6% per annum,
27 compounded every six months, from the date of the award until paid in full; (4)
28 Tradeline shall pay $3,280,000 to Supima as reimbursement for Supima's costs of

the arbitration, with compound interest accruing on that sum at the rate of 6% per annum, compounded every six months, from the date of the award until paid in full; and (5) in addition to paying each of the Respondents' attorney's fees and costs, Tradeline is to bear all of its own costs and attorney's fees in the arbitration and to pay an additional $50,700 for the administrative fees and expenses of the international arm of AAA, the ICDR.

Boswell and Jess Smith will forthwith file and serve a motion for an order confirming the final award, entering judgment in conformity with the award, and awarding any other appropriate relief.

Dated: May 17, 2018

**MUSICK, PEELER & GARRETT LLP**

By:/s/    *Dan Woods*    .

Dan Woods, SBN 78638
Adam M. Weg, SBN 269320
624 S. Grand Ave., Suite 2000
Los Angeles, CA 90017
Phone: (213) 629-7600
*Attorneys for J. G. Boswell Company*

Dated: May 17, 2018

**STOEL RIVES LLP**

By:/s/    *Edward C. Duckers*    .

Edward C. Duckers, SBN 242113
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: (415) 617-8900

*Attorneys for Jess Smith & Sons Cotton, LLC*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, CA 90017-3383.

On May 17, 2018, I served true copies of the following document(s) described as **NOTICE OF FINAL ARBITRATION AWARD** on the interested parties in this action as follows:

## SERVICE LIST

| | |
|---|---|
| Dominic Surprenant, SBN 165861<br>Michael L. Fazio, SBN 228601<br>Paul Slattery, SBN 285291<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>*ds@quinnemanuel.com*<br>*michaelfazio@quinnemanuel.com*<br>*paulslattery@quinnemanuel.com* | Attorneys for Plaintiff<br>TRADELINE ENTERPRISES PVT, LTD. |
| Edward C. Duckers, SBN 242113<br>Michael B. Brown, SBN 179222<br>Jonathan A. Miles, (SBN 268034<br>STOEL RIVES LLP<br>Three Embarcadero Center, Suite 1120<br>San Francisco, CA 94111<br>Tel: (415) 617-8900<br>Fax: (415) 617-8907<br>ed.duckers@stoel.com<br>michael.brown@stoel.com<br>jonathan.miles@stoel.com | Attorneys for Defendant<br>JESS SMITH & SONS COTTON, LLC |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 17, 2018, at Los Angeles, California.

*/s/ Mark Clark*
Mark Clark

MUSICK, PEELER
& GARRETT LLP

1103704.1

Case No. 2:15-CV-8048-JAK

NOTICE OF FINAL ARBITRATION AWARD