# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRADELINE ENTERPRISES PVT, LTD., <br><br> Plaintiff, <br><br> v. <br><br> JESS SMITH & SONS COTTON, LLC; and J.G. BOSWELL COMPANY, <br><br> Defendants. | Case No. 2:15-cv-08048-JAK (RAOx) <br><br> **FINAL JUDGMENT AFTER CONFIRMATION OF ARBITRATION AWARD** <br><br> **JS-6** |

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. The Final Award signed by arbitrators J. William Rowley QC, Judge Rosemary Barkett, and David J. Beck, Esq., dated April 10, 2018, in International Centre for Dispute Resolution ("ICDR") Case No. 01-16-0003-8669, *Tradeline Enterprises Pvt. Ltd. v. Jess Smith & Sons Cotton, LLC, et. al.* is CONFIRMED and Judgment is entered in favor of Jess Smith & Sons Cotton, LLC ("Jess Smith") and J.G. Boswell Co. ("Boswell") (collectively, "Defendants");

2. Plaintiff Tradeline Enterprises Pvt. Ltd.'s ("Tradeline") claims are DISMISSED WITH PREJUDICE;

3. Tradeline shall pay $2,129,000 to Boswell to reimburse it for Boswell's costs of the arbitration, with said amount to accrue compound interest at a rate of 6% from the date of the Award, with half yearly rests, until payment;

4. Tradeline shall pay $3,525,000 to Jess Smith to reimburse it for Jess Smith's costs of the arbitration, with said amount to accrue compound interest at a rate of 6% from the date of the Award, with half yearly rests, until payment.

**IT IS SO ORDERED**.

Dated: August 2, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE