1   MUSICK, PEELER & GARRETT LLP
    ATTORNEYS AT LAW
2   ONE WILSHIRE BOULEVARD, SUITE 2000
    LOS ANGELES, CALIFORNIA 90017-3383
    TELEPHONE (213) 629-7600
3   FACSIMILE (213) 624-1376

4   Dan Woods (State Bar No. 78638)
    d.woods@mpglaw.com
    Adam M. Weg (State Bar No. 269320)
5   a.weg@mpglaw.com

6   Attorneys for J.G. BOSWELL COMPANY

7

8                  UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  TRADELINE ENTERPRISES PVT.        CASE No. 2:15-CV-8048-JAK
    LTD.,                             (RAOx)
12
            Plaintiff,
13
        vs.                          JOINT STATUS REPORT
14
    JESS SMITH & SONS COTTON,
15  LLC; and J.G. BOSWELL COMPANY,
16          Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

1183617.1                          1                    Case No. 2:15-CV-8048-JAK
                           JOINT STATUS REPORT

1    Plaintiff Tradeline Enterprises Pvt. Ltd. ("Tradeline"), Defendant Jess Smith

2  & Sons Cotton, LLC ("Jess Smith"), and Defendant J. G. Boswell Company

3  ("Boswell") respectfully submit this Joint Status Report pursuant to the Court's

4  Order dated October 1, 2019 (Dkt. 121).

5    The parties engaged in a meaningful meet-and-confer process via telephone

6  conferences on October 2, 4, 8, and 11, and via email exchanges on October 1, 2, 8,

7  10, and 11.  During the meet-and-confer, counsel for Tradeline stated that the

8  funding agreements require notice to the funder before they and the documents

9  listed on the privilege log are disclosed.  Counsel for Tradeline notified the funder

10  of the potential disclosure on October 8, and gave the funder until October 21 to

11  object to the disclosure.  As a result, the parties are waiting until October 22 to

12  determine whether to proceed with any of the proposed measures below.

13    As a result of the meet-and-confer process, and assuming that the funder does

14  not object to production of the funding agreements, counsel for Tradeline has

15  proposed the following:

16    1.  Tradeline will produce the documents on its privilege log, which include

17  the funding agreements, for inspection, but not copying or photographing, at its

18  counsel's office, with an agreed-upon stipulation that doing so does not waive any

19  claim of privilege or protection;

20    2.  After or during the inspection, Jess Smith and Boswell will identify in

21  good faith which documents that they believe are discoverable on the issues raised

22  by their motion to amend the judgment;

23    3.  If Defendants do not identify any other documents, Tradeline will produce

24  the funding agreement, the supplement to the funding agreement, and the

25  reimbursement agreement with its funder.  Defendants will then withdraw their

26  opposition to the motion to withdraw by Tradeline's counsel;

27    4.  If Defendants identify documents that they believe in good faith are

28  discoverable on the issues raised by their motion to amend the judgment, Tradeline

1  will consider in good faith whether to produce them.  If Tradeline agrees to produce

2  all of them, Tradeline will also produce the three agreements listed in no. 3 above

3  and Defendants will withdraw their opposition to the motion to withdraw by

4  Tradeline's counsel;

5      5.  If Defendants identify documents that they believe are discoverable on the

6  issues raised by their motion to amend the judgment and Tradeline does not agree to

7  produce all of them, the parties will submit the disputed documents either to this

8  Court or to Magistrate Judge Oliver, at this Court's direction, for an in camera

9  review with a yet to be agreed-upon stipulation about the nature and scope of the

10 review.  The parties will enter into an agreed-upon stipulation that doing so does not

11 waive any claim of privilege or protection.  After this Court rules on the documents

12 itself or either affirms or reverses any ruling by Magistrate Judge Oliver, Tradeline

13 will produce the three agreements listed in no. 3 above and whatever documents it is

14 ordered to produce.  Defendants will then withdraw their opposition to the motion to

15 withdraw by Tradeline's counsel; and

16     6.  Counsel for Tradeline agrees to retain all documents listed on its privilege

17 log and those pertaining to this case, including without limitation all documents

18 pertaining to or mentioning the funder, until written notification from counsel for

19 Defendants that the case is over.

20     The parties expect to continue to make progress on these issues, but they need

21 to wait until October 21 to see if the funder objects to any disclosures, and then they

22 will determine how to proceed with the proposed measures above.  The parties will

23 file another joint status report with the Court on these issues on or before November

24 5, 2019.

25

26

27

28

1   Dated: October 15, 2019

2                                              Respectfully submitted,

3                                              **QUINN EMANUEL URQUHART
                                               & SULLIVAN, LLP**

4

5                                              By: /s/ *Dominic Surprenant*                    .

6                                                  Dominic Surprenant, SBN 165861
                                                   Paul Slattery, SBN 285291
7

8                                              865 South Figueroa Street, 10th Floor
                                               Los Angeles, California 90017-2543
9                                              Tel: (213) 443-3000

10                                             *Attorneys for Tradeline Enterprises Pvt.*
                                               *Ltd.*
11

12  Dated: October 15, 2019                    **MUSICK, PEELER &
                                               GARRETT LLP**
13

14                                             By: /s/ *Dan Woods*                              .

15                                                 Dan Woods, SBN 78638
                                                   Adam M. Weg, SBN 269320
16                                             624 S. Grand Ave., Suite 2000
                                               Los Angeles , CA 90017
17                                             Phone: (213) 629-7600
18                                             *Attorneys for J. G. Boswell Company*

19

20  Dated: October 15, 2019                    **STOEL RIVES LLP**

21                                             By: /s/ *Edward C. Duckers*                      .

22

23                                                 Edward C. Duckers, SBN 242113

24                                             Three Embarcadero Center, Suite 1120
                                               San Francisco, CA 94111
25                                             Telephone: (415) 617-8900

26                                             *Attorneys for Jess Smith & Sons Cotton,*
                                               *LLC*

27

28

MUSICK, PEELER
& GARRETT LLP        1183617.1                            3                    Case No. 2:15-CV-8048-JAK
ATTORNEYS AT LAW

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

     At the time of service, I was over 18 years of age and not a party to this action.  I

4

am employed in the County of Los Angeles, State of California.  My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, CA 90017-3383.

5

     On October 15, 2019, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

6

<b>SERVICE LIST</b>

7

| | |
|---|---|
| Dominic Surprenant, SBN 165861 | Attorneys for Plaintiff |
| Michael L. Fazio, SBN 228601 | TRADELINE ENTERPRISES PVT, LTD. |

8

Paul Slattery, SBN 285291
QUINN EMANUEL URQUHART
& SULLIVAN, LLP

9

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

10

Tel: (213) 443-3000
Fax: (213) 443-3100

11

*ds@quinnemanuel.com*
*michaelfazio@quinnemanuel.com*

12

*paulslattery@quinnemanuel.com*

13

| | |
|---|---|
| Edward C. Duckers, SBN 242113 | Attorneys for Defendant |
| Michael B. Brown, SBN 179222 | JESS SMITH & SONS COTTON, LLC |

14

Jonathan A. Miles, (SBN 268034
STOEL RIVES LLP

15

Three Embarcadero Center, Suite 1120
San Francisco, CA 94111

16

Tel: (415) 617-8900
Fax: (415) 617-8907

17

*ed.duckers@stoel.com*
*michael.brown@stoel.com*

18

*jonathan.miles@stoel.com*

19

20

     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the

21

case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

22

23

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

24

25

     Executed on October 15, 2015, at Los Angeles, California.

26

27

                     */s/ Mark Clark*
                    Mark Clark

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

1183617.1

Case No. 2:15-CV-8048-JAK