**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Dan Woods (State Bar No. 78638)
d.woods@mpglaw.com
Adam M. Weg (State Bar No. 269320)
a.weg@mpglaw.com

Attorneys for J.G. BOSWELL COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRADELINE ENTERPRISES PVT. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JESS SMITH & SONS COTTON, LLC; and J.G. BOSWELL COMPANY, <br><br> Defendant. | CASE No. 2:15-CV-8048-JAK (RAOx) <br><br> **JOINT STATUS REPORT** |

Plaintiff Tradeline Enterprises Pvt. Ltd. ("Tradeline"), Defendant Jess Smith & Sons Cotton, LLC ("Jess Smith"), and Defendant J. G. Boswell Company ("Boswell") respectfully submit this Joint Status Report.

The parties' October 15, 2019 Status Report, at pages 1 and 2 of Docket No. 123, set forth a compromise procedure under which the first step was for Defendants' counsel to inspect the documents in Plaintiff's privilege log, subject to a stipulation of non-waiver of any privileges. That inspection proceeded on November 7, 2019.

Immediately after the inspection, counsel for Boswell identified approximately 18 documents on Tradeline's privilege log that they believed to be discoverable, including the funding agreements. On November 20, 2019, Counsel for Tradeline completed the production of those documents according to the parties' compromise procedure. Now that the parties have successfully completed the compromise procedure set forth in Docket 123, Defendants now withdraw their prior opposition to the motion to withdraw by counsel for Tradeline, subject to the representation and agreement that the Quinn Emanuel law firm will retain all documents relating to or arising out of this action until they have been notified that it is no longer pending.

Moving forward, Defendants expect to: (1) conduct additional post-judgment discovery including, but not limited to, out-of-state subpoenas to Tradeline's litigation funders for documents, and depositions of representatives of the funders, both of which will likely require the assistance of Magistrate Judge Oliver for the issuance of orders that will permit the issuance of subpoenas in the appropriate federal district court in New York; and (2) renew their motion to amend the judgment as instructed by the Court when it deferred ruling on that issue, as reflected in the Court's ruling in Docket 111.

The parties will continue to apprise the Court of any developments and will file another status report on or before January 21, 2020.

Dated: November 26, 2019

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Dominic Surprenant*

    Dominic Surprenant, SBN 165861
    Paul Slattery, SBN 285291

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: (213) 443-3000

*Attorneys for Tradeline Enterprises Pvt. Ltd.*

Dated: November 26, 2019

**MUSICK, PEELER & GARRETT LLP**

By: /s/ *Dan Woods*

    Dan Woods, SBN 78638
    Adam M. Weg, SBN 269320

624 S. Grand Ave., Suite 2000
Los Angeles, CA 90017
Phone: (213) 629-7600

*Attorneys for J. G. Boswell Company*

Dated: November 26, 2019

**STOEL RIVES LLP**

By: /s/ *Edward C. Duckers*

    Edward C. Duckers, SBN 242113

Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: (415) 617-8900

*Attorneys for Jess Smith & Sons Cotton, LLC*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, CA 90017-3383.

On November 26, 2019, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

## SERVICE LIST

| | |
|---|---|
| Dominic Surprenant, SBN 165861<br>Michael L. Fazio, SBN 228601<br>Paul Slattery, SBN 285291<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>*ds@quinnemanuel.com*<br>*michaelfazio@quinnemanuel.com*<br>*paulslattery@quinnemanuel.com* | Attorneys for Plaintiff<br>TRADELINE ENTERPRISES PVT, LTD. |
| Edward C. Duckers, SBN 242113<br>Michael B. Brown, SBN 179222<br>Jonathan A. Miles, (SBN 268034<br>STOEL RIVES LLP<br>Three Embarcadero Center, Suite 1120<br>San Francisco, CA 94111<br>Tel: (415) 617-8900<br>Fax: (415) 617-8907<br>*ed.duckers@stoel.com*<br>*michael.brown@stoel.com*<br>*jonathan.miles@stoel.com* | Attorneys for Defendant<br>JESS SMITH & SONS COTTON, LLC |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 26, 2019, at Los Angeles, California.

*/s/ Mark Clark*
Mark Clark

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1190396.1

Case No. 2:15-CV-8048-JAK

JOINT STATUS REPORT